PD-1067-1
COURT OF CRIMINAL APPEAL
AUSTIN, TEXA
Transmitted 11/12/2015 4:35:24 PI
Accepted 11/13/2015 8:04:41 AI
ABEL ACOST,
CLER

No. PD-1067-15

TO THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

November 13, 2015

ABEL ACOSTA, CLERK

Ex parte James Richard "Rick" Perry

granted
PC
11-13-15

Appeal from Travis County

\* \* \* \* \*

# MOTION FOR LEAVE TO FILE
## STATE'S RESPONSE TO APPELLANT'S BRIEF ON THE MERITS ADDRESSING THE STATE'S PETITION FOR DISCRETIONARY REVIEW

\* \* \* \* \*

LISA C. McMINN
State Prosecuting Attorney
Bar I.D. No. 13803300

P.O. Box 13046
Austin, Texas 78711
information@spa.texas.gov
512/463-1660 (Telephone)
512/463-5724 (Fax)

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

On October 7, 2015, this Court granted Appellant's and the State's Petitions for Discretionary Review and expedited briefing and oral argument. Oral argument is scheduled for November 18, 2015.

The State's Response, filed contemporaneously with this motion, addresses some of the arguments raised in Appellant's Brief. This case presents complex constitutional issues, and the State believes its response will clarify the issues for oral argument and aid the Court in its decision.

WHEREFORE, the State of Texas prays that this Court grant its motion for leave to file State's Response to Appellant's Brief on the Merits Addressing the State's Petition for Discretionary Review.

Respectfully submitted,

/s/ LISA C. McMINN
LISA C. McMINN
State Prosecuting Attorney
Bar I.D. No. 13803300

P.O. Box 13046
Austin, Texas 78711
information@spa.texas.gov
512/463-1660 (Telephone)
512/463-5724 (Fax)

1

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 12th day of November, 2015, the State's Motion for Leave to File Response to Appellant's Brief on the Merits Addressing the State's Petition for Discretionary Review was served via certified electronic service provider to:

Anthony G. Buzbee
Tbuzbee@txattorneys.com

David L. Botsford
dbotsford@aol.com

Thomas R. Phillips
tom.phillips@bakerbotts.com

Michael McCrum
michael@McCrumlaw.com

David Gonzalez
david@sg-llp.com

/s/ LISA C. McMINN
LISA C. McMINN
State Prosecuting Attorney

2